**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PREMIER KINGS, INC.,** )<br>Montgomery, AL, )<br>)<br>Garnishee, )<br>)<br>**PATRICIA DANIEL,** )<br>)<br>Defendant. ) | **MISC. ACTION NO.<br>1:18mc3815-MHT<br>(WO)** |

## ORDER REDUCING WAGE WITHHOLDING AMOUNT

Having considered the government's motion to reduce the wage withholding amount under the writ of garnishment, it ORDERED that the motion (doc. no. 5) is granted, and that the wage withholding amount under the writ of garnishment (doc. no. 2) is reduced to $50.00 per month, subject to further order of this court should defendant's financial circumstances improve.

DONE, this the 30th day of April, 2018.

                                                             /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**