IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 1:18mc3815-MHT |
| | ) | (WO) |
| PREMIER KINGS, INC., | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| PATRICIA DANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

DISPOSITION ORDER

A writ of continuing garnishment has been issued and served upon garnishee Premier Kings, Inc. Pursuant to the writ, garnishee Premier Kings Inc. filed an answer on April 4, 2018, stating that at the time of the service of the writ, that it employs defendant Patricia Daniel and will withhold from defendant Daniel's wages or salary the amount required by law on a weekly basis.

Defendant Daniel was notified of her right to a hearing and has not requested one or otherwise objected to the writ.

***

Accordingly, it is ORDERED that:

(1) Garnishee Premier Kings, Inc. shall withhold $ 50 per month from defendant Patricia Daniel's net bi-weekly pay and shall promptly remit the identified nonexempt funds every pay period to the clerk of the court, One Church Street, Suite B-110, Montgomery, AL 36104.

(2) The clerk of court shall apply these funds to the restitution balance owed by defendant Daniel in case 1:16-cr-00218-WKW (M.D. Ala.).

(3) This garnishment order shall remain in effect until satisfaction of the debt owed to plaintiff United States of America; until defendant Daniel ceases employment with garnishee Premier Kings, Inc. (unless garnishee reinstates or reemploys defendant within 90 days after the defendant's dismissal or resignation); or until the court issues an order quashing the writ of continuing garnishment.

(4) Plaintiff United States of America shall promptly notify the court, defendant Daniel, and garnishee Premier Kings, Inc. upon satisfaction of the debt.

This case is administratively closed.

DONE, this the 30th day of April, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE